### 57930. CIELOCK v. MUNN.

MCMURRAY, Presiding Judge.

Pursuant to *Cielock v. Munn,* 244 Ga. 810, our judgment in *Cielock v. Munn,* 150 Ga. App. 869 (258 SE2d 686), has been reversed and remanded; and the case of

*Osceola Inns v. State Hwy. Dept.,* 133 Ga. App. 736 (213 SE2d 27) has been disapproved by the Supreme Court. Accordingly, the judgment of the lower court is reversed and remanded with direction for reconsideration of the defendant's motion to withdraw his admissions on the basis of whether the presentation of the merits of the action will be subserved thereby and whether the plaintiff can satisfy the court that the withdrawal "will prejudice him in maintaining his action or defense on the merits." Code Ann. § 81A-136 (b) (Ga. L. 1966, pp. 609, 648; 1967, pp. 226, 234, 235; 1972, pp. 510, 528).

*Judgment reversed and remanded. Smith and Banke, JJ., concur.*

SUBMITTED JUNE 13, 1979 — DECIDED
FEBRUARY 4, 1980.

*Calhoun & Associates, Bruce A. Howe, Kran Riddle,* for appellant.

*Hill, Jones, Friday & Robinson, Jack Friday,* for appellee.